**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ADOLFO LEON GARCIA QUINTERO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02970-SHL-cgc |
| CHRISTOPHER BULLOCK, Field Office | ) | |
| Director of U.S. Immigration and Customs | ) | |
| Enforcement, New Orlean Field Office, | ) | |
| Respondent. | ) | |

**ORDER STAYING TRANSFER AND REQUIRING RESPONSE**

On July 31, 2026, pro se Petitioner Adolfo Leon Garcia Quintero filed the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (ECF No. 2.) He challenges his detention by ICE without a bond hearing. (Id. at PageID 5.) Garcia Quintero states that he is a 22-year-old citizen of Colombia who entered the United States on July 16, 2024. (Id. at PageID 4.) He is employed as an electrical supervisor, is engaged to a United States citizen, and has no criminal record. (Id. at PageID 7–8.) He was arrested by ICE during a routine check-in on July 22. (Id. at PageID 8.) He seeks release from custody. (Id. at PageID 16.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing. 175 F.4th at 734.

Upon review of the Petition, it is **ORDERED** as follows:

(1)      The Clerk of Court shall email copies of **the Petition (ECF No. 2) and this Order (ECF No. 8)** to the United States Attorney for the Western District of Tennessee at the

following email address: **stuart.canale@usdoj.gov**.

(2)    Within **three business days** of the filing of this Order, Respondent shall respond to the Petition.  If the basis of Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), or state why Lopez-Campos otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

(3)    Petitioner may file a reply within **five business days** of receipt of Respondent's responsive filing.

(4)    Respondent shall not transfer Petitioner out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 5th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2